Civil Action No. 5:25-cv-03503-SSS-MAA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Paul Havsgaard</u> was received by me on *(date)* <u>Feb 2, 2026, 9:20 am</u>.

[X] I personally served the summons on the individual at *(place)* <u>39347 Prospect Drive, Forest Falls, CA 92339</u> on *(date)* <u>Tue, Feb 03 2026</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

[ ] I returned the summons unexecuted because: _____; or

[ ] Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 02/05/26

*Server's signature*
TOM BURTON
*Printed name and title*

P.O. Box 795, Desert Hot Springs, CA 92240
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 3, 2026, 2:03 pm PST at 39347 Prospect Drive, Forest Falls, CA 92339 received by Paul Havsgaard. Age: 67; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 5'7"; Hair: Gray;

DOCUMENTS SERVED: COVER LETTER; SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF RELATED CASES; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; ORDER RE TRANSFER; CIVIL MINUTES-GENERAL